CONTINENTAL LEATHER COMPANY, Respondent, v. LIVERPOOL, BRAZIL & RIVER PLATE STEAM NAVIGATION COMPANY, LTD., Defendant, and LAMPORT & HOLT, LTD., Appellant.— Order reversed upon the law, with ten dollars costs and disbursements, and motion to resettle the case on appeal by including the demand and the bill of particulars granted, with ten dollars costs. In our opinion, the bill of particulars is an amplification of plaintiff's complaint and, therefore, a part of that pleading which is always before the court, and need not be offered in evidence. (*Roscoe Lumber Co. v. Standard Silica Co.*, 62 App. Div. 421.) Without its presence in the record on appeal, the reference thereto on the defendant appellant's motion to dismiss would be unintelligible. Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ., concur.

ROSE FARBER, Respondent, v. MARIE DEMINO, Appellant, and GUSTAV ALBRECHT, Defendant.— Judgment and order affirmed, with costs, on authority of *Post v. Stockwell* (34 Hun, 373); *Wands v. City of Schenectady* (171 App. Div. 94), and *Polsey v. Waldorf-Astoria, Inc.* (216 id. 86). Young, Hagarty and Scudder, JJ., concur; Lazansky, P. J., and Rich, J., dissent, being of opinion that the verdict on this record, must be limited to $500. (*Beal v. Finch*, 11 N. Y. 128; *Bonica v. Malone*, 220 App. Div. 749.)

SAM FREEMAN, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Defendant, and MAX SIMON, Appellant. (Appeal No. 1.) — Judgment unanimously affirmed, with one bill of costs, one-half thereof to be paid by this appellant and the other half by the appellant in *Freeman v. American Railway Express Company, No. 2 (post*, p. 707), decided herewith. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.*

SAM FREEMAN, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant, and MAX SIMON, Defendant. (Appeal No. 2.) — Judgment and order unanimously affirmed, with one bill of costs, one-half thereof to be paid by this appellant and the other half by the appellant in *Freeman v. American Railway Express Company, No. 1 (ante*, p. 707), decided herewith. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.*

SAMUEL GREENBERG, INC., Respondent, v. SCARSDALE-LONGVIEW WATER AND LAND CORPORATION and Others, Appellants.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of a copy of the order herein upon payment of such costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of the Application of RHEA SCHWARTZ, as Administratrix, etc., of MAX SCHWARTZ, Deceased. PAULINE SCHWARTZ, Appellant; RHEA SCHWARTZ, as Administratrix, etc., of MAX SCHWARTZ, Deceased, Respondent.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.